IN THE CIRCUIT COURT
FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| TERESITA VIDELA<br>12650 Grey Eagle Court<br>Apartment 22<br>Germantown, Maryland 20874<br><br>    Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC.<br>8333 Central Avenue<br>Newark, California 94560<br><br>SERVE ON:<br>The Corporation Trust<br>32 South Street<br>Baltimore, Maryland 21202<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED
MAR 15 2021
Clerk of the Circuit Court
Montgomery County, Md.

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Teresita Videla, by undersigned counsel, hereby files this Complaint against Ross Stores, Inc., Defendant herein, and alleges as follows:

### I. JURISDICTION AND VENUE

1. Plaintiff invokes the jurisdiction of this Court pursuant to Md. Code Ann., Cts. and Jud. Proc. Article, § 6-101 et seq.

2. Venue is proper in this Court pursuant to Md. Code Ann., Cts. & Jud. Proc. Article, §§ 6-201 and 6-202.


EXHIBIT A

3. The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

## II. PARTIES

4. Teresita Videla ("Videla") is a citizen of the State of Maryland with a residence in Montgomery County at 12650 Grey Eagle Court, Apartment 22, Germantown, Maryland 20874.

5. Ross Stores, Inc. ("RSI") is a California based Corporation with its principal place of business located at 8333 Central Avenue, Newark, California 94560. Upon information and belief, Ross Stores, Inc. operates many retail stores throughout Maryland, one of which is the Ross Dress for Less located at 12270 Rockville Pike, Rockville, Maryland 20852.

## III. FACTS

6. On or about August 18, 2020, Videla was an invitee at the Ross Dress for Less located at 12270 Rockville Pike, Rockville, Maryland 20852 ("Premises"). As Videla was walking in the store, she slipped on liquid that had accumulated on the floor causing her to fall to the ground and sustain profound and painful injuries to her wrist, hand, arm, ankle, knee, leg, back, and body. As a result of the injuries sustained, Videla was forced to incur substantial medical bills. As of the date of the filing of this Complaint, Videla is still experiencing periodic pain and discomfort as result of the injuries she

sustained as a result of her fall on August 18, 2020 and may be in need of future medical care.

7. At all times prior to her fall, Videla maintained a proper and vigilant outlook as she walked through the Premises and her actions in no way contributed to her fall. To the contrary, Videla's injuries were solely the result of the unreasonable acts and omissions of Defendant, RSI.

8. Prior to this accident, RSI knew or should have known that (1) liquid had accumulated on the floor of the store where Videla fell; and (2) no adequate warning were posted to alert patrons, like Videla, of the dangerous condition of the liquid on the floor of the Premises. Notwithstanding said knowledge and notice, RSI failed to take reasonable actions to prevent and/or cure the hazardous conditions which it knew or should have known could result in injuries to its customers.

## COUNT I
### (Negligence)

9. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-8.

10. RSI, at all times material to this Complaint, was in possession, custody and control of the property known as Ross Dress for Less located at 12270 Rockville Pike, Rockville, Maryland 20852. As such, RSI owed a duty to Videla, and all invitees who were lawfully on the premises, to properly maintain

the walkways on the Premises free from the dangerous accumulation of liquid which could cause injury. RSI also had a duty to warn Videla, and all other patrons lawfully entering onto the property, of any defects, dangers or other hazardous conditions which existed on the property.

11. On or about August 18, 2020, RSI breached the duties of care it owed to Videla by failing to (1) take reasonable actions to ensure that the floors on the Premises were free from the dangerous accumulation of liquid; and (2) warn Videla, and other patrons lawfully on the Premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Videla's fall.

12. As a result of RSI's breaches of the duties of care owed to Videla, Videla sustained substantial damages.

WHEREFORE, Plaintiff, Teresita Videla, prays that the Court enter judgment in her favor and against Defendant, Ross Stores, Inc., for compensatory damages in the amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

Respectfully submitted,

_____
Thomas C. Costello, #9412430142
Matthew T. Holley, #1306190131
tcc@costellolawgroup.com
mth@costellolawgroup.com
Costello Law Group
409 Washington Avenue, Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Teresita Videla

### JURY TRIAL DEMANDED

Plaintiff hereby demands and request that all claims, actions and causes of action set forth herein be tried before a jury.

_____
Matthew T. Holley